ORIGINAL
RETURN TO COURT CLERK

FILED
JUL 14 2009
DISTRICT COURT
JENNY HOPKINS, COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF WOODWARD COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA  )
                   )SS.        SW-2009- 16
COUNTY OF WOODWARD )

SEARCH WARRANT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA

TO: ANY SHERIFF, DEPUTY, POLICEMAN, HIGHWAY PATROLMAN, AGENT OF THE OKLAHOMA STATE BUREAU OF INVESTIGATION, OR OTHER LAW ENFORCEMENT OFFICER IN WOODS COUNTY, STATE OF OKLAHOMA.

An affidavit having been sworn to by affiant MIKE MORTN DET. SGT. WOODWARD POLICE DEPARTMENT before me this day, based on the facts stated herein, probable cause having been found, I command you to make immediate search for the following described property and things, and if you find the same or any part thereof to bring it forthwith before me at my office at WOODWARD, Oklahoma.

1. Computer central processing unit including hard drive
2. Any connected external data storage unit including external hard drives, zip drives or tape drives
3. Any cables connected to the computer system
4. Any scanner connected to the system
5. Computer printer
6. Computer disks
7. Any other electronic component attached to the above described computer system
8. Cameras
9. Photography equipment
10. Developed and Undeveloped film
11. Sexually explicit materials to include but not limited to child pornography
12. Any hand written notations pertaining to: internet email addresses, screen names, any form of communication over the internet, telephone lines or cable lines, or the identity of other computer users that may have had communication with the user of this specific computer system
13. Articles of personal property tending to establish the identity of the person or persons in control or possession of the place, including but not limited to, utility receipts, rent or mortgage receipts, canceled mail envelopes, vehicle registrations, credit card receipts, repair bills or photographs, lists of names and address, any type of electronic storage medium
14. Printed materials containing pornography or communication with children.
15. Any vibraters, games (sex dice) or any sexual explicit items.

Said search to be conducted at the following described location:

outbuildings

The residence, property and any vehicles located at the residence, 2718 Maple Street, in the City of Woodward, County of Woodward, State of Oklahoma, further described as a single story home, with a shingle roof, the front door faces to the south. There is a white door with the numbers in white on the east side of the home/front door. There is also a white garage door located on the west side of the home. The residence is located on the north side of Maple Street.

Issued under my hand this 13TH day of JULY, 2009.

_____
JUDGE OF THE DISTRICT COURT
WOODWARD COUNTY OKLAHOMA

ATTACHMENT 1
Page 1 of 3



