WOODWARD COUNTY, OKLAHOMA

F I L E D

JUL 1 3 2009

DISTRICT COURT
JENNY HOPKINS COURT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF WOODWARD COUNTY

STATE OF OKLAHOMA

STATE OF OKLAHOMA    )
                     )SS.              SW-2009-16
COUNTY OF WOODWARD    )

### AFFIDAVIT FOR SEARCH WARRANT

Comes now Mike Morton Detective Sergeant with the Woodward Police Department, who on oath deposes and says that the following property constitutes evidence of the commission of a crime:

1. Computer central processing unit including hard drive
2. Any connected external data storage unit including external hard drives, zip drives or tape drives
3. Any cables connected to the computer system
4. Any scanner connected to the system
5. Computer printer
6. Computer disks
7. Any other electronic component attached to the above described computer system
8. Cameras
9. Photography equipment
10. Developed and Undeveloped film
11. Sexually explicit materials to include but not limited to child pornography
12. Any hand written notations pertaining to: internet email addresses, screen names, any form of communication over the internet, telephone lines or cable lines, or the identity of other computer users that may have had communication with the user of this specific computer system
13. Articles of personal property tending to establish the identity of the person or persons in control or possession of the place, including but not limited to, utility receipts, rent or mortgage receipts, canceled mail envelopes, vehicle registrations, credit card receipts, repair bills or photographs, lists of names and address, any type of electronic storage medium
14. Printed materials containing pornography or communication with children.
15. Any vibraters, games (sex dice) or any sexual explicit items.

Further affiant says that the above described property is now at the following location:

ouT Buildings .

The residence, property and any vehicles located at the residence, 2718 Maple Street, in the City of Woodward, County of Woodward, State of Oklahoma, further described as a single story home, with a shingle roof, the front door faces to the south.  There is a white door with the numbers in white on the east side of the home/front door.  There is also a white garage door located on the west side of the home.  The residence is located on the north side of Maple Street.

Based upon the following facts:

1. On July 11 2009 I spoke with 11 year female C.L. while at the Woodward police department. C.L. stated that on June the 26th 2009 she was raped by three unknown males, one male having the name of Garrett. While staying at 2718 Maple in Woodward Oklahoma.
2. C.L. stated that on July the 4th 2009 while at 2718 Maple Woodward Oklahoma. C.L. stated Dean Freerksen gave her vodka, and orange juice to drink. C.L. stated that they played sex dice for about an hour.
3. C.L. told me Dean, Freerksen the third, and Alicia Freerksen took her to their bedroom. C.L. stated that Dean put his penis inside her.

4. C.L. stated that Alicia used a white vibrator about six inches long on her crotch area.
5. C.L stated Dean, and Alicia both took photos of her using a blue camera.

I have been a Detective with the Woodward Police Department since 2001 and have investigated numerous criminal offenses. Based on my experience and training, I have investigated numerous Rape, and Child molestation cases.

Further Affiant Saith Not.

**Mike Morton**, Affiant

Subscribed and sworn to before me this __13TH__ day of July, 2009.

**JUDGE OF THE DISTRICT COURT**
**Woodward County, Oklahoma**

ATTACHMENT 2
Page 2 of 2