IN THE DISTRICT COURT OF WOODWARD COUNTY

STATE OF OKLAHOMA

WOODWARD COUNTY, OKLAHOMA
FILED
JUL 1 4 2009
DISTRICT COURT
JENNY HOPKINS, COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA )
) SS.   SW-2009-17
COUNTY OF WOODWARD )

### AFFIDAVIT FOR SEARCH WARRANT

Comes now Mike Morton Det. Sgt. With the Woodward Police Department, who on oath deposes and says that the following property constitutes evidence of the commission of a crime:

Digital media, photographs, email correspondence, digital images, files, folders all of which include but not be limited to active and/or deleted media regarding Lewd Molestation and Child Pornography.

Further affiant says that the above described property is now at the following location:

DELL INSPIRON LAP TOP COMPUTER SERVICE TAG #DQZPDD1 WITH 1 LOGITECH ZIP DRIVE ATTACHED,GLACIER USB 2.0 HIGH SPEED 3.5 EXTERNAL ENCLOSURE,DELL INSPIRON DESK TOP COMPUTER SERVICE TAG #8S6TJG1 WITH EXTERNAL CD RECORDER,DELL 968W PRINTER SERVICE TAG#BV5LQD1 WITH D-LINK ZIP DRIVE ATTACHED,OLYMPUS FE-330 8.0 MEGAPIXEL DIGITAL CAMERA SER #Y72056767 BLUE IN COLOR, Computers, computer storage devices, stand alone storage devices and/or hard drives, flash drives, USB drives, jump drives, disk media, computer hard drives, peripheral devices, monitors, compact discs (CD), digital video devices (DVD), digital camera and any and all associated memory sticks, photo albums, and/or pictures.
Based upon the following facts:

1. 1. On July 11 2009 I spoke with 11 year female C.L. while at the Woodward police department. C.L. stated that on June the 26th 2009 she was raped by three unknown males, one male having the name of Garrett. While staying at 2718 Maple in Woodward Oklahoma.
2. C.L. stated that on July the 4th 2009 while at 2718 Maple Woodward Oklahoma. C.L. stated Dean Freerksen gave her vodka, and orange juice to drink. C.L. stated that they played sex dice for about an hour.
3. C.L. told me Dean, Freerksen the third, and Alicia Freerksen took her to their bedroom. C.L. stated that Dean put his penis inside her.
4. C.L. stated that Alicia used a white vibrator about six inches long on her crotch area.
5. C.L stated Dean, and Alicia both took photos of her using a blue camera.
6. On 07-13-09 I executed search warrant number SW-2009-16 and seized, DELL INSPIRON LAP TOP COMPUTER SERVICE TAG #DQZPDD1 WITH 1 LOGITECH ZIP DRIVE ATTACHED,GLACIER USB 2.0 HIGH SPEED 3.5 EXTERNAL ENCLOSURE,DELL INSPIRON DESK TOP COMPUTER

SERVICE TAG #8S6TJG1 WITH EXTERNAL CD RECORDER, DELL 968W PRINTER SERVICE TAG#BV5LQD1 WITH D-LINK ZIP DRIVE ATTACHED, OLYMPUS FE-330 8.0 MEGAPIXEL DIGITAL CAMERA SER #Y72056767 BLUE IN COLOR.

7. I have been a certified law enforcement officer in the State of Oklahoma since 1995. I have received in excess of 40 hours of specialized training in the investigation of specific crimes. I conducted drug investigations, where suspects have been identified, arrested, charged, and convicted in a courts of law.

Further Affiant Saith Not.

MIKE MORTON, Affiant

Subscribed and sworn to before me this 14TH Day of July, 2009.

JUDGE OF THE DISTRICT COURT
Woodward County, Oklahoma