Prob 12C (10/99)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alicia Danielle Freerksen            Case Number: CR-10-00188-002-R

Name of Judicial Officer: The Honorable David L. Russell

Date of Original Sentence: February 8, 2011

Original Offense: Possession of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: 120 months custody, 5 years supervised release

Type of Supervision: Supervised release            Date Supervision Commenced: July 9, 2018

Previous Court Action:

<u>February 7, 2018</u> – Conditions of supervision were modified to include placement at the Oklahoma Halfway House due to being homeless upon release from custody.

<u>December 28, 2018</u> – Conditions of supervision were modified to include additional halfway house time for Ms. Freerksen to obtain an approved residence.

<u>May 1, 2019</u> – The court was advised of violations that included possessing a smartphone without prior approval, distributing sexually explicit images, and associating with a felon.

Assistant U.S. Attorney: To be determined            Defense Counsel: To be determined

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1

Prob 12C (10/99)                                                                                    Alicia Danielle Freerksen
                                                                                                    CR-10-00188-002-R

1   **Violation of Mandatory Condition:** **The defendant shall not commit another federal, state, or local crime.**

    On or about May 24, 2019, Ms. Freerksen violated the above condition when she committed the crime of Failure to Register as a Sex Offender.  Furthermore, Ms. Freerksen admitted to Senior U.S. Probation Aric Holloway to residing at a location other than her registered address.

2   **Violation of Standard Condition No. 6:** **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

    On or about May 24, 2019, Mr. Freerksen violated the above condition when she failed to notify her probation office prior to changing her residence. Furthermore, Ms. Freerksen admitted to Senior U.S. Probation Aric Holloway to residing at a location other than her reported address.

3   **Violation of Special Condition:** **The defendant shall not possess or use a computer with access to any on-line computer service at any location (including place of employment) without the prior written approval of the probation officer. This includes any Internet Service provider, bulletin board system or any other public or private network or e-mail system.**

    Ms. Freerksen violated the above condition when she possessed and used a smartphone without prior written approval of her probation officer on multiple occasions from January to April 2019.

4   **Violation of Special Condition:** **The defendant shall not view, purchase, possess, or distribute any form of pornography depicting sexually explicit conduct, as defined by 18 U.S.C. 2256(2) unless approved for treatment purposes, or frequent any place where such material is the primary product for sale or entertainment is available.**

    Ms. Freerksen violated the above condition when she sent nude images of herself to her ex-boyfriend using an unauthorized smartphone.

5   **Violation of Standard Condition No. 9:** **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.**

    Ms. Freerksen violated the above condition when she had sexual contact with other residents of the Oklahoma Halfway House she knew to be convicted of a felony. Furthermore, Ms. Freerksen had personal contact with other persons on supervised release she knew to be felons without the permission of her probation officer.

Prob 12C (10/99)　　　　　　　　　　　　　　　　　　　　　　　　Alicia Danielle Freerksen
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CR-10-00188-002-R

U.S. Probation Officer Recommendation:

[X]　　The term of supervision should be revoked.
[ ]　　Extended for years, for a total term of years.
[ ]　　The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2019

_____
Aric Holloway
Senior U.S. Probation Officer

Reviewed by,

_____
Norris T. Minter
Deputy Chief U.S. Probation Officer

Date: June 27, 2019

---

THE COURT ORDERS
[ ]　　No action
[✓]　　The Issuance of a Warrant
[ ]　　The Issuance of a Summons
[ ]　　Other

June 27, 2019
Date

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE