UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE**

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF HEARING** |
| Vs<br>ALICIA DANIELLE FREERKSEN<br>(custody) | Case No. CR-10-188-R |

| Type of Case | **CIVIL** | **CRIMINAL  X** |
|---|---|---|

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: William J. Holloway, Jr. U.S. Courthouse
       200 N. W. 4th Street                     **DATE AND TIME**
       Oklahoma City, Ok.  73102
       Courtroom #**302**                        **Monday July 8, 2019, @ 9:20 a.m.**

TYPE OF PROCEEDING
                                Revocation Hearing

TAKE NOTICE: that the proceeding in this case has been rescheduled as indicated below:

Place:  William J. Holloway, Jr. U.S. Courthouse   **Date and Time Previously Scheduled**
        200 N.W. 4th Street
        Oklahoma City, Ok 73102
        Courtroom #**302**

7/1/19
Date
                                             s/Janet Wright
                                              BY DEPUTY CLERK

USPO Aric Holloway
Interpreter